## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| IN RE: MIDWEST ENERGY EMISSIONS CORP. PATENT LITIGATION | MDL Case No. 4:24-md-03132-SHL-WPK  **ORDER** |
| --- | --- |

All coordinated or consolidated proceedings in this action having been completed, mostly through settlement or dispositive judicial rulings, as well as one case that was remanded to the original district of filing, the Eastern District of Missouri, by agreement of the parties. The Court therefore directs the Clerk of Court to close this case and any related matters that remain open, subject to the Court's continuing jurisdiction to enforce its orders. If the Judicial Panel on Multi-District Litigation identifies future cases subject to transfer, or if any issues arise relating to enforcement of prior orders that require the Court's attention, the case will be reopened to the extent authorized and necessary.

**IT IS SO ORDERED.**

Dated this 10th day of August, 2026.

_____
Stephen H. Locher
UNITED STATES DISTRICT JUDGE

1